UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH FISHER, | ) | Case No. 09cv2572-JM (BLM) |
| Plaintiff, | ) ) ) | **ORDER GRANTING JOINT MOTION AND CONVERTING EARLY NEUTRAL** |
| v. | ) ) | **EVALUATION CONFERENCE TO TELEPHONIC, ATTORNEYS-ONLY** |
| SAN DIEGO COUNTY DEPUTY SHERIFFS JEFFREY HOUSER and CHRIS HYDAR, | ) ) ) | **CONFERENCE** [Doc. No. 5] |
| Defendants. | ) | |

On January 25, 2010, the parties submitted a joint motion to continue the Early Neutral Evaluation Conference ("ENE") currently set for February 24, 2010. Doc. No. 5. In support, Plaintiff's counsel states that he is scheduled to begin a jury trial in an unrelated case on February 23, 2010. Id. The motion is **GRANTED** as follows:

The February 24, 2010 ENE is **VACATED**. An attorneys-only, telephonic ENE is set for **March 1, 2010** at **9:00 a.m.** The Court will initiate the conference call. Failure to participate may result in the imposition of sanctions.

As set forth in the Court's January 22, 2010 order (Doc. No. 4), confidential ENE statements are required. No later than five (5) court days prior to the ENE, the parties shall submit confidential statements

no more than ten (10) pages[1] in length directly to the chambers of the Honorable Barbara L. Major. **These confidential statements shall not be filed or served on opposing counsel.** Each party's confidential statement must include the following:

    a.   A brief description of the case, the claims and/or counterclaims asserted, and the applicable defenses or position regarding the asserted claims;

    b.   A specific and current demand or offer for settlement addressing all relief or remedies sought. If a specific demand or offer for settlement cannot be made at the time the brief is submitted, then the reasons therefore must be stated along with a statement as to when the party will be in a position to state a demand or make an offer; and

    c.   A brief description of any previous settlement negotiations, mediation sessions, or mediation efforts.

General statements that a party will "negotiate in good faith" is not a specific demand or offer contemplated by this Order. It is assumed that all parties will negotiate in good faith.

**IT IS SO ORDERED.**

DATED: January 27, 2010

                                            _____
                                            BARBARA L. MAJOR
                                            United States Magistrate Judge

---

[1] The parties shall not append attachments or exhibits to the ENE statement.