MAY 27 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Jeffrey T. Miller)

| | |
|---|---|
| KENNETH FISHER,<br><br>  Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY DEPUTY SHERIFFS JEFFREY HOUSER and CHRIS HYDAR,<br><br>  Defendants. | Case No. 09-CV-2572-JM (BGS)<br><br>SPECIAL VERDICT<br><br>TRIAL DATE: 5/23/11<br>COURTROOM: 16 |

We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us:

**A.  FEDERAL CIVIL RIGHTS PURSUANT TO 42 U.S.C. § 1983: UNLAWFUL DETENTION**

1. Did Defendant JEFFREY HOUSER unreasonably detain KENNETH FISHER in violation of the Fourth Amendment?

    Yes: ✓

    No: _____

If you answered NO, please go directly to question 3. If you answered yes, please proceed.

2. Did JEFFREY HOUSER's unreasonable detention cause injury to KENNETH FISHER?

    Yes: _____

    No: ✓

Please go to question 3.

**B.   FEDERAL CIVIL RIGHTS PURSUANT TO 42 U.S.C. § 1983: UNLAWFUL PATDOWN SEARCH**

3. Did Defendant JEFFREY HOUSER conduct an unreasonable pat down search of KENNETH FISHER in violation of the Fourth Amendment?

   Yes: \_\_\_\_\_

   No: ✓

   If you answered NO, please go directly to question 5.  If you answered yes, please proceed.

4. Did JEFFREY HOUSER's unreasonable pat down search cause injury to KENNETH FISHER?

   Yes: \_\_\_\_\_

   No: \_\_\_\_\_

   Please go to question 5.

**C1.  FEDERAL CIVIL RIGHTS PURSUANT TO 42 U.S.C. § 1983: EXCESSIVE FORCE**

5. Did Defendant JEFFREY HOUSER use excessive force against KENNETH FISHER in violation of the Fourth Amendment?

   Yes: ✓

   No: \_\_\_\_\_

   If you answered NO, please go directly to question 7.  If you answered yes, please proceed.

6. Did JEFFREY HOUSER's use of excessive force cause injury to KENNETH FISHER?

   Yes: ✓

   No: \_\_\_\_\_

   Please go to question 7.

**C2.  FEDERAL CIVIL RIGHTS PURSUANT TO 42 U.S.C. § 1983: EXCESSIVE FORCE**

7. Did Defendant CHRIS HYDAR use excessive force against KENNETH FISHER in violation of the Fourth Amendment?

|   |   |   |
|---|---|---|
| 1 | | Yes: _____ |
| 2 | | No: ✓ |
| 3 | | If you answered NO, please go directly to question 9. If you answered yes, please |
| 4 | | proceed. |
| 5 | 8. | Did CHRIS HYDAR's use of excessive force cause injury to KENNETH FISHER? |
| 6 | | Yes: _____ |
| 7 | | No: _____ |
| 8 | | Please go to question 9. |
| 9 | **D1** | **FEDERAL CIVIL RIGHTS PURSUANT TO 42 U.S.C. § 1983: UNLAWFUL ARREST** |
| 10 | 9. | Did Defendant JEFFREY HOUSER unreasonably arrest KENNETH FISHER in |
| 11 | | violation of the Fourth Amendment? |
| 12 | | Yes: ✓ |
| 13 | | No: _____ |
| 14 | | If you answered NO, please go directly to question 11. If you answered yes, please |
| 15 | | proceed. |
| 16 | 10. | Did JEFFREY HOUSER's unreasonable arrest cause injury to KENNETH FISHER? |
| 17 | | Yes: ✓ |
| 18 | | No: _____ |
| 19 | | Please go to question 11. |
| 20 | **D2** | **FEDERAL CIVIL RIGHTS PURSUANT TO 42 U.S.C. § 1983: UNLAWFUL ARREST** |
| 21 | 11. | Did Defendant CHRIS HYDAR unreasonably arrest KENNETH FISHER in violation of |
| 22 | | the Fourth Amendment? |
| 23 | | Yes: _____ |
| 24 | | No: ✓ |
| 25 | | If you answered NO, please go directly to question 13. If you answered yes, please |
| 26 | | proceed. |
| 27 | 12. | Did CHRIS HYDAR's unreasonable arrest cause injury to KENNETH FISHER? |
| 28 | | Yes: _____ |

|   |   |
|---|---|
| 1 | No: _____ |
| 2 | Please go to question 13. |
| 3 | **E.   DAMAGES** |

If you have answered "yes" to any of questions 2, 4, 6, 8, 10 or 12, proceed to the next question. If you have answered "no" to all of questions 1, 3, 5, 7, 9 and 11, skip all the remaining questions and please have your presiding juror date and sign this form:

13. What total amount of damages, if any, do you award to Plaintiff apportioning such total amount to any individual claim(s) for which you found in favor of Plaintiff. (If you found in favor of Plaintiff on a particular claim, but also found Plaintiff suffered no damage with respect to that claim, you are instructed to return $1.00 in nominal damages for that claim.)

$ __$3.00__

(total damages)?

Against JEFFREY HOUSER:

Unlawful Detention (CLAIM A):   $ __$1.00__

Unlawful Search (CLAIM B):   $ __0__

Excessive Force (CLAIM C):   $ __$1.00__

Unlawful Arrest (CLAIM D):   $ __$1.00__

Against CHRIS HYDAR:

Excessive Force (CLAIM C):   $ __0__

Unlawful Arrest (CLAIM D):   $ __0__

Please answer questions 14 through 17 if applicable.

**F.   PUNITIVE DAMAGES**

14. Answer the following question(s) only if you have answered YES to any of the following pairs of questions: 1-2 **or** 3-4 **or** 5-6 **or** 9-10.

Do you find by clear and convincing evidence that JEFFREY HOUSER acted with malice or oppression or reckless disregard for the rights of KENNETH FISHER?

Yes: __✓__

No: _____

If you answered YES, please proceed to question 16.

If you answered NO, please proceed to question 15.

15. Do you find by a preponderance of the evidence that JEFFREY HOUSER acted with malice or oppression or reckless disregard for the rights of KENNETH FISHER?

Yes: _____

No: _____

16. Answer the following question(s) only if you have answered YES to any of the following pairs of questions: 7-8 **or** 11-12.

Do you find by clear and convincing evidence that CHRIS HYDAR acted with malice or oppression or reckless disregard for the rights of KENNETH FISHER?

Yes: _____

No: _____

If you answered YES, please have your presiding juror date and sign this form.

If you answered NO, please proceed to question 17.

17. Do you find by a preponderance of the evidence that CHRIS HYDAR acted with malice or oppression or reckless disregard for the rights of KENNETH FISHER?

Yes: _____

No: _____

Please have your presiding juror date and sign this form.

DATED: May 27, 2011

_____
PRESIDING JUROR