# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FISHER, | No. 09-cv-2572-JM(BGS) |
| Plaintiff, | |
| v. | ORDER SETTING ASIDE AND VACATING VERDICT |
| SAN DIEGO COUNTY SHERIFFS DEPUTY JEFFREY HOUSER and CHRIS HYDAR, | [FRCP, rule 60] |
| Defendants. | |

Upon consideration of the parties' Joint Motion for Order Setting Aside and Vacating Judgment,

IT IS HEREBY ORDERED that the special verdict that was dated and filed on May 27, 2011, and entered into the docket as document 67, is set aside and vacated.

DATED: June 17, 2011

UNITED STATES DISTRICT COURT JUDGE